**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6380**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

TROY   TERRELL   WASHINGTON,   a/k/a   Antonio
Williams,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge. (CR-
96-175, CA-99-2726)

———————

Submitted:  May 30, 2002            Decided:  June 6, 2002

———————

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Troy Terrell Washington, Appellant Pro Se. Gregory Welsh, Assistant
United States Attorney, Katharine Jacobs Armentrout, Assistant
United States Attorney, Philip S. Jackson, Assistant United States
Attorney, Lynne Ann Battaglia, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Troy Terrell Washington seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  United States v. Washington, Nos. CR-96-175; CA-99-2726 (D. Md. Nov. 16, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2